IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

            Plaintiff,

v.

ALTERNATE SOLUTIONS HEALTH
NETWORK, LLC, *et al.*

            Defendant.

_____/

CASE NO. 2:23cv13043

HONORABLE LINDA V. PARKER

## **PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S WITNESS LIST**

Plaintiff Equal Employment Opportunity Commission ("Commission") submits the following list of witnesses who may be called at trial:

1. Michelle Polec
2. Jacob Schwandt
3. Sheri Polec
4. Thomas Polec
5. Amy Huguenot
6. Amanda McLain

7. Nikki Pinto

8. Diana Ward

9. Gretchen Farrell

10. Joan Van Zant

11. Emily Mowery

12. Kelsey Hall

13. Leigh Powell

14. Jessica Zimmer

15. Madeline Hubbard

16. Elisabeth Sierawski

17. Nichole Profant

18. Emily Cook

19. David Ganzarto

20. Everett Neal

21. Dr. Arnel Clarin

22. Dr. Arion Lochner

23. Dr. Jamal Khattak

24. Any of Michelle Polec's treating health care professionals

25. Records custodian for Alternate Solutions Health Network

26. Records custodian for Beaumont ASHN, LLC

27. Records custodian for any of Michelle Polec's health care providers, including but not limited to Henry Ford Health System.

28. Records custodian for The Michigan Unemployment Insurance Agency (UIA)

29. Any employee(s) of The Michigan Unemployment Agency (UIA) who worked on Michelle Polec's claim or communicated with Defendants regarding the same.

30. Any employees of Defendants who participated in the decision to deny Michelle Polec's request for accommodation

31. Any visiting occupational therapists employed by Defendants (not yet identified by Defendants)

32. Any and all of Michelle Polec's patients (not yet identified by Defendants)

33. All individuals listed on Defendants' Witness Lists

34. Any and all necessary rebuttal expert witnesses

35. Any and all expert witnesses identified by Defendants

The Commission reserves the right to amend this Witness List as individuals and facts become known through discovery.

        Respectfully submitted,

        /s/ Karen L. Brooks
        KAREN L. BROOKS
        Trial Attorney
        (Illinois Bar No. 6285816)
        (313) 774-0011
        Karen.Brooks@eeoc.gov

        EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
        DETROIT FIELD OFFICE
        Patrick V. McNamara Building
        477 Michigan Avenue, Room 865
        Detroit, Michigan 48226

Dated: May 14, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2024, I electronically filed the foregoing document, *Plaintiff Equal Employment Opportunity Commission's Witness List*, with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record *via* the Court's e-filing system.

<u>/s/ Karen L. Brooks</u>
Equal Employment Opportunity Commission
477 Michigan Avenue, Room 865
Detroit, Michigan 48226
(313)774-0011
Karen.Brooks@eeoc.gov